IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

CARL DAVIS,                                                                              PLAINTIFF
ADC #80431

VS.                     CASE NO. 2:06CV00149 SWW

LARRY NORRIS, et al.                                       DEFENDANTS

## **ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. After careful review of the findings and recommendations and the timely objections thereto, as well as a *de novo* review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this 27th day of September, 2006.

                                                    /s/Susan Webber Wright

                                                    UNITED STATES DISTRICT JUDGE