IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

CARL DAVIS                                                                                          PLAINTIFF
ADC #80431

VS.                        CASE NO. 2:06CV00149 SWW

LARRY NORRIS, et al.                                                                         DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that plaintiff's complaint against defendants is dismissed with prejudice for failure to state a claim.

SO ADJUDGED this 27th day of September, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE